IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JERRY DON WILLIAMS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:12cv189 |
| VALERIE JOHNSON | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jerry Don Williams, proceeding *pro se*, filed this civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge.

Plaintiff has filed a motion for preliminary injunction (doc. no. 16). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied as moot.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law set forth in the Report and Recommendation of United States Magistrate Judge are correct and the Report and Recommendation is hereby **ADOPTED**. Plaintiff's motion for preliminary injunction is **DENIED** as moot.

So **ORDERED** and **SIGNED** on March 19, 2014.

_____
Ron Clark, United States District Judge